UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RUTH JANICE JONES, | ) | CASE NO. 1:18CV2676 |
| Plaintiff, | ) ) | JUDGE JOHN R. ADAMS |
| -vs- | ) ) ) | MEMORANDUM OF OPINION |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | AND ORDER |
| Defendant. | ) | |

On June 21, 2019, the Magistrate Judge in this matter submitted a report and recommendation (Doc. 19) recommending that the Court REVERSE the Commissioner's decision and REMAND this matter for further proceedings.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service. To date, no objections have been filed in this matter. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The decision of the Commissioner is hereby REVERSED, and this matter is hereby REMANDED for further proceedings.

IT IS SO ORDERED.

Dated: July 25, 2019         */s/ John R. Adams*
                             JOHN R. ADAMS
                             UNITED STATES DISTRICT JUDGE